MEECE ET AL., APPELLANTS, *v.* STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, APPELLEE.

[Cite as *Meece v. State Farm Mut. Auto. Ins. Co.* (2000), 88 Ohio St.3d 547.]

(No. 99–2118—Submitted April 11, 2000—Decided May 24, 2000.)

*Katzman, Logan, Halper & Bennett* and *Philip A. Logan,* for appellants.

*Gallagher, Bradigan, Gams, Pryor & Littrell, L.L.P.,* and *James R. Gallagher,* for appellee.

———————

The judgment of the court of appeals is vacated, and the cause is remanded to the trial court for further proceedings and consideration, where applicable, of the Supreme Court's decisions in *Wolfe v. Wolfe* (2000), 88 Ohio St.3d 246, 725 N.E.2d 261, and *Moore v. State Auto. Mut. Ins. Co.* (2000), 88 Ohio St.3d 27, 723 N.E.2d 97.

DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

DOUGLAS, J., concurs separately.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

———————

**DOUGLAS, J., concurring.** I concur for the reasons set forth in my concurrence in *Stickney v. State Farm Mut. Auto. Ins. Co.* (2000), 88 Ohio St.3d 504, 727 N.E.2d 1286.

———————

**LUNDBERG STRATTON, J., dissenting.** I respectfully dissent because I do not agree that the analysis of R.C. 3937.18(A)(1) in *Moore v. State Auto. Mut. Ins. Co.* (2000), 88 Ohio St.3d 27, 723 N.E.2d 97, has any application to an analysis of R.C. 3937.18(H) or to R.C. 3937.44. However, to the extent that the majority believes that these cases apply, I respectfully dissent for the reasons set forth in the dissenting opinions in *Wolfe v. Wolfe* (2000), 88 Ohio St.3d 246, 252–255, 725 N.E.2d 261, 267–269, and *Moore v. State Auto. Mut. Ins. Co.,* 88 Ohio St.3d at 33–36, 723 N.E.2d at 103–105.

MOYER, C.J., and COOK, J., concur in the foregoing dissenting opinion.